BLUE SKY BAR, INC., ET AL. *v.*
TOWN OF STRATFORD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 4 Conn. App. 261, is granted.

*Lawrence J. Merly,* in support of the petition.

Decided September 24, 1985

ANGELINA CARACANSI *v.* FRANK A. CARACANSI

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 645, is denied.

*William F. Gallagher,* in support of the petition.

*Thomas W. Beecher,* in opposition.

Decided September 24, 1985

CONNECTICUT SAVINGS BANK *v.* CENTRAL BUILDERS'
SUPPLY COMPANY, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 4 Conn. App. 332, is denied.

*James W. Shea,* in support of the petition.

Decided September 24, 1985

JOSEPH DAVIS *v.* MYRON YUDKIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 576, is denied.

*Wick R. Chambers,* in support of the petition.

Decided September 24, 1985